1

2

3

4                     UNITED STATES DISTRICT COURT

5                     EASTERN DISTRICT OF CALIFORNIA

6

7   RADIATOR EXPRESS WAREHOUSE,     No. 2:08-cv-02417-MCE-EFB

8           Plaintiff,

9       v.                          **RELATED CASE ORDER**

10  SPECTRA/PREMIUM INDUSTRIES,
    INC.,

11
            Defendant.
12  _____/

13  SPECTRA PREMIUM (USA) CORP.,    No. 2:08-cv-03127-LKK-DAD

14          Plaintiff,

15      v.

16  RADIATOR EXPRESS WAREHOUSE,

17          Defendant.
    _____/
18

19       Examination of the above-entitled civil actions reveals that

20  these actions are related within the meaning of Local Rule 83-

21  123(a) (E.D. Cal. 1997).  The actions involve many of the same

22  defendants and are based on the same or similar claims, the same

23  property transaction or event, similar questions of fact and the

24  same questions of law, and would therefore entail a substantial

25  duplication of labor if heard by different judges.  Accordingly,

26  the assignment of the matters to the same judge is likely to

27  effect a substantial savings of judicial effort and is also

28  likely to be convenient for the parties.

1    The parties should be aware that relating the cases under

2 Local Rule 83-123 merely has the result that both actions are

3 assigned to the same judge; no consolidation of the action is

4 effected.  Under the regular practice of this court, related

5 cases are generally assigned to the district judge and magistrate

6 judge to whom the first filed action was assigned.

7    IT IS THEREFORE ORDERED that the action denominated 2:08-cv-

8 03127-LKK-DAD, <u>Spectra Premium (USA) Corp. v. Radiator Express</u>

9 <u>Warehouse</u> is reassigned to Judge Morrison C. England, Jr., for

10 all further proceedings, and any dates currently set in this

11 reassigned case only is hereby VACATED.  In addition, Defendant's

12 Motion to Dismiss is rescheduled to be heard on February 20,

13 2009, at 9:00 a.m., in courtroom 7, before the Honorable

14 Morrison C. England, Jr.  The Clerk of the Court is to issue an

15 Order Requiring Joint Status Report.  Henceforth, the caption on

16 documents filed in the reassigned case shall be shown as 2:08-cv-

17 03127-MCE-EFB.

18    IT IS FURTHER ORDERED that the Clerk of the Court make

19 appropriate adjustment in the assignment of civil cases to

20 compensate for this reassignment.

21    IT IS SO ORDERED.

22 Dated: January 16, 2009

23

24 _____

25 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

26

27

28

2