UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RADIATOR EXPRESS WAREHOUSE, INC., | No. 2:08-cv-02417-MCE-EFB |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| SPECTRA/PREMIUM INDUSTRIES, INC., | |
| Defendant. | |
| SPECTRA PREMIUM INDUSTRIES, INC., | |
| Counterclaimant, | |
| v. | |
| RADIATOR EXPRESS WAREHOUSE, | |
| Counterclaim-Defendant. | |

Defendant and Counterclaimant Spectra Premium Industries, Inc. ("Spectra"), filed the underlying breach of contract counterclaim against Radiator Express Warehouse, Inc. ("Radiator Express").

1

1  On December 24, 2008, Spectra filed the instant Application for
2  Right to Attach Order and for Issuance of Writ of Attachment and
3  Temporary Protective Order ("Application").  In accordance with
4  California Code of Civil Procedure § 484.020(e), Spectra seeks
5  attachment of "all corporate property which is subject to
6  attachment pursuant to subdivision (a) of Code of Civil Procedure
7  Section 487.010."

8     Radiator Express consented in part and opposed in part
9  Spectra's Application, conceding to the issuance of a Writ of
10 Attachment, but objecting to, *inter alia*, lack of specificity in
11 the property Spectra seeks to attach.

12    In light of Plaintiffs' concession to the granting of the
13 Writ of Attachment, the Court is inclined to grant Spectra's
14 Application.  However, while the Court is aware that the
15 Application complies in general terms with the statutorily
16 prescribed property description, for practical purposes, the Court
17 will not entertain such a vague request. Thus, Spectra is ordered
18 to file a supplement to its current Application describing the
19 specific property it seeks to attach.  If no such supplement is
20 filed by 12:00 p.m. on Thursday, February 5, 2009, Plaintiffs'
21 Application will be denied and the hearing currently scheduled for
22 9:00 a.m. on Friday, February 6, 2009, will be vacated.

23    IT IS SO ORDERED.

Dated: February 2, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE