1  HOWARD HOLDERNESS, State Bar No. 169814
   KARIN E. KRATTLI, State Bar No. 252034
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail:  hholderness@morganlewis.com
5
   Attorneys for Defendant and Counterclaimant,
6  SPECTRA PREMIUM INDUSTRIES INC.,
   erroneously sued as Spectra/Premium Industries,
7  Inc., and SPECTRA PREMIUM (USA) CORP.

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | RADIATOR EXPRESS WAREHOUSE, | Case No. 2:08-CV-02417-MCE-EFB |
|---|---|
| Plaintiff/Counter-Defendant, | 2:08-CV-03127-MCE-EFB |
| vs. | **JOINT STIPULATION AND ORDER (1) RESCHEDULING HEARING ON SPECTRA PREMIUM INDUSTRIES INC. AND SPECTRA PREMIUM (USA) CORP.'S APPLICATION FOR RIGHT TO ATTACH ORDER AND (2) TAKING OFF-CALENDAR RADIATOR EXPRESS WAREHOUSE'S MOTION TO DISMISS SPECTRA PREMIUM (USA) CORP.'S COMPLAINT** |
| SPECTRA/PREMIUM INDUSTRIES, INC., | |
| Defendant/Counterclaimant. | |
| | Action Filed: Oct. 14, 2008 |
| SPECTRA PREMIUM (USA) CORP., | Trial Date: None Set |
| Plaintiff, | Judge: Hon. Morrison C. England, Jr. |
| vs. | Hearing Date: February 6, 2009 |
| RADIATOR EXPRESS WAREHOUSE, | Time:  9:00 a.m. |
| Defendant. | Courtroom:  7 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62569852.1

JOINT STIPULATION AND [PROPOSED] ORDER
(2:08-CV-02417 AND 2:08-CV-03127)

1   WHEREAS, Radiator Express Warehouse ("REW") filed its Complaint against Spectra
2   Premium Industries Inc. ("Spectra") on October 14, 2008, case number 2:08-cv-02417;
3   WHEREAS, Spectra filed an Answer and Counterclaim to REW's Complaint on
4   December 23, 2008;
5   WHEREAS, Spectra Premium (USA) Corp. ("Spectra USA") filed its Complaint against
6   REW on December 23, 2008, case number 2:08-cv-03127;
7   WHEREAS, Spectra and Spectra USA each filed a Notice of and Application for Right to
8   Order and for Issuance of Writ of Attachment After Hearing and for Temporary Protective Order
9   ("Applications") against REW on December 24, 2008;
10  WHEREAS, REW filed a Motion to Dismiss Spectra USA's Complaint on January 12,
11  2009;
12  WHEREAS, the Court ordered these cases related on January 20, 2009;
13  WHEREAS, the Court ordered Spectra to file a supplement to its Application by 12:00
14  p.m. on February 5, 2009 describing the specific property of REW to be attached;
15  WHEREAS, Spectra, Spectra USA, and REW are currently working towards an informal
16  resolution of the disputes;
17  WHEREAS, in the best interests of judicial economy and efficiency, the parties agree that
18  the hearing on the pending Applications currently scheduled for February 6, 2009 at 9:00 a.m.
19  should be continued to February 20, 2009 at 9:00 a.m. and that Spectra's supplement to its
20  Application should be filed by February 18, 2009;
21  WHEREAS, the parties further agree that REW's pending Motion to Dismiss scheduled
22  for hearing February 20, 2009 at 9:00 a.m. is hereby withdrawn and should be formally taken off-
23  calendar, and that REW will answer the Spectra USA Complaint on or before February 28, 2009.
24  NOW THEREFORE, IT IS HEREBY STIPULATED between the parties, through their
25  respective counsel of record, and subject to the approval of this Court, that:
26  1.   Hearing on Spectra and Spectra USA's Applications scheduled for February 6,
27  2009 at 9:00 a.m. is re-scheduled to February 20, 2009 at 9:00 a.m.
28  2.   Spectra and Spectra USA's Supplement to Application shall be filed with the

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

DB1/62569852.1                           2                    JOINT STIPULATION AND [PROPOSED]
ORDER
(2:08-CV-02417 AND 2:08-CV-03127)

1  Court and served no later than February 18, 2009.

2      3.   Hearing on REW's Motion to Dismiss Spectra USA's Complaint scheduled for

3  February 20, 2009 is formally taken off calendar.

4      4.   REW's Motion to Dismiss is withdrawn and REW will file an answer to the

5  Spectra USA Complaint on or before February 28, 2009.

6      IT IS SO STIPULATED.

9  Dated: February 4, 2009                    MORGAN, LEWIS & BOCKIUS LLP

11                                            By:   /S/ Howard Holderness
                                                    Howard Holderness

13                                            Attorneys for Defendant and Counterclaimant
                                              SPECTRA PREMIUM INDUSTRIES INC.,
                                              erroneously sued as Spectra/Premium Industries,
14                                            Inc., and Plaintiff SPECTRA PREMIUM (USA)
                                              CORP.

16  Dated: February 4, 2009                   ADORNO YOSS ALVARADO & SMITH, APC

18                                            By:   /S/ Theodore E. Bacon
                                                    Theodore E. Bacon

20                                            Attorneys for Plaintiff, Counter-Defendant, and
                                              Defendant RADIATOR EXPRESS
21                                            WAREHOUSE

23  THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

24  DATED: February 5, 2009

                                              _____
26                                            MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62569852.1                    3              JOINT STIPULATION AND [PROPOSED]
                                                 ORDER
                                                 (2:08-CV-02417 AND 2:08-CV-03127)

# **ATTESTATION**

I hereby attest that I have on file PDF copies of all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: February 4, 2009             MORGAN, LEWIS & BOCKIUS LLP

                                    By:   /S/ Howard Holderness
                                          Howard Holderness

                                    Attorneys for Defendant and Counterclaimant
                                    SPECTRA PREMIUM INDUSTRIES INC.,
                                    erroneously sued as Spectra/Premium Industries,
                                    Inc., and Plaintiff SPECTRA PREMIUM (USA)
                                    CORP.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62569852.1                         4                    JOINT STIPULATION AND [PROPOSED]
                                                            ORDER
                                                            (2:08-CV-02417 AND 2:08-CV-03127)