1  HOWARD HOLDERNESS, State Bar No. 169814
   KARIN E. KRATTLI, State Bar No. 252034
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  hholderness@morganlewis.com
5
   Attorneys for Defendant and Counterclaimant,
6  SPECTRA PREMIUM INDUSTRIES INC.,
   erroneously sued as Spectra/Premium Industries,
7  Inc., and SPECTRA PREMIUM (USA) CORP.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | RADIATOR EXPRESS WAREHOUSE, | Case No. 2:08-CV-02417-MCE-EFB
                                   2:08-CV-03127-MCE-EFB

12 | Plaintiff/Counter-Defendant, | **JOINT STIPULATION AND [PROPOSED]
                                   ORDER RESCHEDULING HEARING ON
13 | vs. | SPECTRA PREMIUM INDUSTRIES INC.
           AND SPECTRA PREMIUM (USA)
14 | SPECTRA/PREMIUM INDUSTRIES, | CORP.'S APPLICATIONS FOR RIGHT
      INC., | TO ATTACH ORDER**
15 |
16 | Defendant/Counterclaimant. |

                                    Action Filed: Oct. 14, 2008
17 | SPECTRA PREMIUM (USA) CORP., | Trial Date: None Set
                                    Judge: Hon. Morrison C. England, Jr.
18 | Plaintiff, |
                                    Hearing Date: February 26, 2009
19 | vs. |                          Time:         2:00 p.m.
                                    Courtroom:    7
20 | RADIATOR EXPRESS WAREHOUSE, |

21 | Defendant. |

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62637452.1

JOINT STIPULATION AND [PROPOSED]
ORDER
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, Radiator Express Warehouse ("REW") filed its Complaint against Spectra
2  Premium Industries Inc. ("Spectra") on October 14, 2008, case number 2:08-cv-02417;
3  WHEREAS, Spectra filed an Answer and Counterclaim to REW's Complaint on
4  December 23, 2008;
5  WHEREAS, Spectra Premium (USA) Corp. ("Spectra USA") filed its Complaint against
6  REW on December 23, 2008, case number 2:08-cv-03127;
7  WHEREAS, Spectra and Spectra USA each filed a Notice of and Application for Right to
8  Order and for Issuance of Writ of Attachment After Hearing and for Temporary Protective Order
9  ("Applications") against REW on December 24, 2008;
10 WHEREAS, the Court ordered these cases related on January 20, 2009;
11 WHEREAS, the parties agreed by Joint Stipulation, filed on February 4, 2009, to move
12 the hearing on the Applications to February 20, 2009 at 9:00 a.m.;
13 WHEREAS, on February 10, 2009 the Court issued a Minute Oder continued the hearing
14 on the Applications to February 26, 2009 at 2:00 p.m.;
15 WHEREAS, Spectra, Spectra USA, and REW are currently working towards an informal
16 resolution of the disputes;
17 WHEREAS, in the best interests of judicial economy and efficiency, the parties agree that
18 the hearing on the pending Applications currently scheduled for February 26, 2009 at 2:00 p.m.
19 should be continued to April 2, 2009 at 2:00 p.m.
20 NOW THEREFORE, IT IS HEREBY STIPULATED between the parties, through their
21 respective counsel of record, and subject to the approval of this Court, that:
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62637452.1                           2                JOINT STIPULATION AND [PROPOSED]
                                                          ORDER
                                                          (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1.  Hearing on Spectra and Spectra USA's Applications scheduled for February 26, 2009 at 2:00 p.m. is re-scheduled to April 2, 2009 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: February 25, 2009          MORGAN, LEWIS & BOCKIUS LLP


By:   /S/ Howard Holderness
       Howard Holderness

Attorneys for Defendant and Counterclaimant SPECTRA PREMIUM INDUSTRIES INC., erroneously sued as Spectra/Premium Industries, Inc., and Plaintiff SPECTRA PREMIUM (USA) CORP.

Dated: February 25, 2009          ADORNO YOSS ALVARADO & SMITH, APC


By:   /S/ Theodore E. Bacon
       Theodore E. Bacon


Attorneys for Plaintiff, Counter-Defendant, and Defendant RADIATOR EXPRESS WAREHOUSE

THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

Dated:  February 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62637452.1                           3                    JOINT STIPULATION AND [PROPOSED] ORDER
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com