UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIATOR EXPRESS WAREHOUSE, INC., <br>     Plaintiff, <br><br> v. <br><br> SPECTRA/PREMIUM INDUSTRIES, INC., <br><br>     Defendant. | No. 2:08-cv-02417-MCE-EFB <br><br><br> MEMORANDUM AND ORDER |

----oo0oo----

On December 24, 2008, Defendant and Counterclaimant Spectra Premium Industries, Inc. ("Spectra"), filed the instant Application for Right to Attach Order and for Issuance of Writ of Attachment and Temporary Protective Order. In light of the parties' recently filed Notice of Settlement, Spectra's Application is DENIED as moot.

IT IS SO ORDERED.

Dated: April 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1