1  HOWARD HOLDERNESS, State Bar No. 169814
   KARIN E. KRATTLI, State Bar No. 252034
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  hholderness@morganlewis.com
5
   Attorneys for Defendant and Counterclaimant,
6  SPECTRA PREMIUM INDUSTRIES INC.,
   erroneously sued as Spectra/Premium Industries,
7  Inc., and SPECTRA PREMIUM (USA) CORP.

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  RADIATOR EXPRESS WAREHOUSE,            Case No. 2:08-CV-02417-MCE-EFB
                                                    2:08-CV-03127-MCE-EFB
12          Plaintiff/Counter-Defendant,

13          vs.                            **STIPULATED JUDGMENT AND ORDER
                                           IN FAVOR OF SPECTRA PREMIUM
14  SPECTRA/PREMIUM INDUSTRIES,            INDUSTRIES INC.**
    INC.,
15
            Defendant/Counterclaimant.
16                                         Action Filed: Oct. 14, 2008
    SPECTRA PREMIUM (USA) CORP.,           Trial Date: None Set
17                                         Judge: Hon. Morrison C. England, Jr.
            Plaintiff,
18
19          vs.

20  RADIATOR EXPRESS WAREHOUSE,

21          Defendant.

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62781980.5

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, RADIATOR EXPRESS WAREHOUSE ("RadX") filed its Complaint

2   against SPECTRA PREMIUM INDUSTRIES INC. ("Spectra") in United States District Court

3   for the Eastern District of California on October 14, 2008, case number 2:08-cv-02417;

4   WHEREAS, Spectra filed an Answer and Counterclaim to RadX's Complaint on

5   December 23, 2008;

6   WHEREAS, SPECTRA PREMIUM (USA) CORP. ("Spectra USA") filed its Complaint

7   against RadX in United States District Court for the Eastern District of California on December

8   23, 2008, case number 2:08-cv-03127;

9   WHEREAS, RadX filed on February 27, 2009, with its answer to Spectra USA's

10   complaint "counter-claims" against Spectra;

11   WHEREAS, case number 2:08-cv-02417 and case number 2:08-cv-03127 have been

12   found by the Court to be related (collectively, the "Litigation");

13   WHEREAS, the parties wish to avoid incurring any additional expenses in connection

14   with the Litigation, including anticipated court costs and attorney time;

15   WHEREAS, the parties to this action have executed a Settlement Agreement and Mutual

16   Release ("Agreement") (a copy of which is attached hereto as Exhibit A);

17   WHEREAS, the parties have agreed to settle the Litigation and enter into this Stipulation

18   for Judgment;

19   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between RadX and Spectra,

20   and Spectra USA that:

21   1.   This Court has jurisdiction over the subject matter and the parties to this action.

22   Venue is proper in this district.  The parties submit to the jurisdiction and venue of the Court for

23   the purpose of enforcement of this Stipulated Judgment.

24   2.   Judgment shall be entered against RadX and in favor of Spectra in the sum of Nine

25   Hundred and Three Thousand Two Hundred and Eighty Dollars and No Cents ($903,280.00)

26   (hereafter "Judgment Amount"), plus interest from April 1, 2009, accruing at the rate of eight

27   percent per annum (8%) to be paid on or before August 31, 2009, pursuant to the Agreement

28   executed by the parties.  In the event that Spectra does not receive the timely payment of the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

STIPULATED JUDGMENT AND [PROPOSED]
ORDER - SPECTRA PREMIUM INDUSTRIES INC.
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1    foregoing sum, interest will continue to accrue on any unpaid portion at the rate of eight percent

2    per annum (8%).

3        3.    Upon entry of this stipulated judgment by the Court, RadX's claims and

4    counterclaims in the Litigation shall be dismissed with prejudice in their entirety with each side to

5    bear its own costs and attorneys' fees.

6        4.    Pursuant to the Agreement executed by the parties, RadX has also executed a

7    Security Agreement (a copy of which is attached as part of Exhibit B).  Spectra shall be entitled to

8    file with any court, agency or organization the Security Agreement or any related documents as it

9    deems appropriate to perfect the security interests granted to Spectra by the Security Agreement.

10   RadX shall use its best efforts if called upon to perfect for Spectra the security interests embodied

11   in the Security Agreement.

12       5.    Pursuant to the Agreement executed by the parties, Michael Rippey, Chief

13   Financial Executive Officer of RadX, personally guaranties up to a total of Five Hundred

14   Thousand Dollars ($500,000.00) to ensure payment by RadX of this judgment and the judgment

15   in the related case.

16       6.    The United States District Court for the Eastern District of California shall retain

17   jurisdiction over the parties and over the subject matter herein for the purposes of enforcing this

18   judgment.

19

20   Dated: May ___, 2009                SPECTRA PREMIUM INDUSTRIES INC.

21                                       By: _____/s/_____

22                                           Louis Juneau, as Vice President, Legal
                                         Affairs and Corporate Secretary and duly
23                                       authorized officer of SPECTRA PREMIUM
                                         INDUSTRIES INC.

24   Dated: May ___, 2009                SPECTRA PREMIUM (USA) CORP.

25

26                                       By: _____/s/_____

27                                           Denis Poirier, as Secretary and Treasurer
                                         and duly authorized officer of SPECTRA
                                         PREMIUM (USA) CORP.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62781980.5                    3        STIPULATED JUDGMENT AND [PROPOSED]
                                           ORDER - SPECTRA PREMIUM INDUSTRIES INC.
                                           (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

Dated: May ___, 2009

RADIATOR EXPRESS WAREHOUSE

By: _____/s/_____
        Michael Rippey, Chief Financial Executive
Officer and duly authorized officer of RADIATOR
EXPRESS WAREHOUSE

Approved as to form.

Dated: May __, 2009

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
      Howard Holderness
Attorneys for SPECTRA PREMIUM
INDUSTRIES INC. and SPECTRA PREMIUM
(USA) CORP.

Dated: May __, 2009

ADORNO YOSS ALVARADO & SMITH, APC

By: _____/s/_____
      Theodore E. Bacon
Attorneys for RADIATOR EXPRESS
WAREHOUSE

## ORDER AND JUDGMENT

IT IS HEREBY ORDERED that judgment be entered pursuant to the terms of the above

stipulated judgment between the parties, as follows:

1.      Judgment is entered against RadX and in favor of Spectra in the sum of Nine

Hundred and Three Thousand Two Hundred and Eighty Dollars and No Cents ($903,280.00)

(hereafter "Judgment Amount"), plus interest from April 1, 2009, accruing at the rate of eight

percent per annum (8%) to be paid on or before August 31, 2009, pursuant to the Agreement

executed by the parties.  In the event that Spectra does not receive the timely payment of the

foregoing sum, interest will continue to accrue on any unpaid portion at the rate of eight percent

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62781980.5              4        STIPULATED JUDGMENT AND [PROPOSED]
ORDER - SPECTRA PREMIUM INDUSTRIES INC.
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1    per annum (8%).

2          2.      RadX's claims and counterclaims in the Litigation shall be dismissed with

3    prejudice in their entirety with each side to bear its own costs and attorneys' fees.

4          3.      RadX has also executed a Security Agreement (a copy of which is attached as part

5    of Exhibit B hereto).  Spectra shall be entitled to file with any court, agency or organization the

6    Security Agreement or any related document as it deems appropriate to perfect the security

7    interests granted to Spectra by the Security Agreement.  RadX shall use its best efforts if called

8    upon to perfect for Spectra the security interests embodied in the Security Agreement.

9          4.      Michael Rippey personally guaranties up to a total of Five Hundred Thousand

10   Dollars ($500,000.00) to ensure payment by RadX of this judgment and the judgment in the

11   related case.

12         5.      The United States District Court for the Eastern District of California shall retain

13   jurisdiction over the parties and over the subject matter herein for the purposes of enforcing this

14   judgment.

15   DATED: June 23, 2009

16

17                                   MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62781980.5                              5       STIPULATED JUDGMENT AND [PROPOSED]
                                                    ORDER - SPECTRA PREMIUM INDUSTRIES INC.
                                                    (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com