HOWARD HOLDERNESS, State Bar No. 169814
KARIN E. KRATTLI, State Bar No. 252034
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  hholderness@morganlewis.com

Attorneys for Defendant and Counterclaimant,
SPECTRA PREMIUM INDUSTRIES INC.,
erroneously sued as Spectra/Premium Industries,
Inc., and SPECTRA PREMIUM (USA) CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIATOR EXPRESS WAREHOUSE,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>SPECTRA/PREMIUM INDUSTRIES, INC.,<br><br>Defendant/Counterclaimant.<br><br>SPECTRA PREMIUM (USA) CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>RADIATOR EXPRESS WAREHOUSE,<br><br>Defendant. | Case No. 2:08-CV-02417-MCE-EFB<br>2:08-CV-03127-MCE-EFB<br><br>**STIPULATED JUDGMENT AND ORDER IN FAVOR OF SPECTRA PREMIUM (USA) CORP.**<br><br>Action Filed: Oct. 14, 2008<br>Trial Date: None Set<br>Judge: Hon. Morrison C. England, Jr. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62822653.3

STIPULATED JUDGMENT AND [PROPOSED]
ORDER - SPECTRA PREMIUM (USA) CORP.
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, RADIATOR EXPRESS WAREHOUSE ("RadX") filed its Complaint
2   against SPECTRA PREMIUM INDUSTRIES INC. ("Spectra") in United States District Court
3   for the Eastern District of California on October 14, 2008, case number 2:08-cv-02417;
4   WHEREAS, Spectra filed an Answer and Counterclaim to RadX's Complaint on
5   December 23, 2008;
6   WHEREAS, SPECTRA PREMIUM (USA) CORP. ("Spectra (USA)") filed its Complaint
7   against RadX in United States District Court for the Eastern District of California on
8   December 23, 2008, case number 2:08-cv-03127;
9   WHEREAS, RadX filed on February 27, 2009, with its answer to Spectra (USA)'s
10   complaint "counter-claims" against Spectra;
11   WHEREAS, case number 2:08-cv-02417 and case number 2:08-cv-03127 have been
12   found by the Court to be related (collectively, the "Litigation");
13   WHEREAS, the parties wish to avoid incurring any additional expenses in connection
14   with the Litigation, including anticipated court costs and attorney time;
15   WHEREAS, the parties to this action have executed a Settlement Agreement and Mutual
16   Release ("Agreement") (a copy of which is attached hereto as Exhibit A);
17   WHEREAS, the parties have agreed to settle the Litigation and enter into this Stipulation
18   for Judgment;
19   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between RadX and Spectra,
20   and Spectra (USA) that:
21   1.   This Court has jurisdiction over the subject matter and the parties to this action.
22   Venue is proper in this district.  The parties submit to the jurisdiction and venue of the Court for
23   the purpose of enforcement of this Stipulated Judgment.
24   2.   Judgment shall be entered against RadX and in favor of Spectra (USA) in the sum
25   of Four Hundred and Ninety-Six Thousand Seven Hundred and Twenty Dollars and No Cents
26   ($496,720.00) (hereafter "Judgment Amount"), plus interest from April 1, 2009, accruing at the
27   rate of eight percent per annum (8%) to be paid on or before August 31, 2009, pursuant to the
28   Agreement executed by the parties.  In the event that Spectra (USA) does not receive the timely

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

DB1/62822653.3                                2

STIPULATED JUDGMENT AND [PROPOSED]
ORDER - SPECTRA PREMIUM (USA) CORP.
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1  payment of the foregoing sum, interest will continue to accrue on any unpaid portion at the rate of
2  eight percent per annum (8%).

3.  Upon entry of this stipulated judgment by the Court, RadX's claims and counterclaims in the Litigation shall be dismissed with prejudice in their entirety with each side to bear its own costs and attorneys' fees.

4.  Pursuant to the Agreement executed by the parties, RadX has also executed a Security Agreement (a copy of which is attached as part of Exhibit B).  Spectra (USA) shall be entitled to file with any court, agency or organization the Security Agreement or any related documents as it deems appropriate to perfect the security interests granted to Spectra (USA) by the Security Agreement.  RadX shall use its best efforts if called upon to perfect for Spectra (USA) the security interests embodied in the Security Agreement.

5.  Pursuant to the Agreement executed by the parties, Michael Rippey, Chief Financial Executive Officer of RadX, personally guaranties up to a total of Five Hundred Thousand Dollars ($500,000.00) to ensure payment by RadX of this judgment and the judgment in the related case.

6.  The United States District Court for the Eastern District of California shall retain jurisdiction over the parties and over the subject matter herein for the purposes of enforcing this judgment.

Dated: May ___, 2009          SPECTRA PREMIUM INDUSTRIES INC.

                              By:   /s/ Louis Juneau
                                    Louis Juneau, as Vice President, Legal
                                    Affairs and Corporate Secretary and duly
                                    authorized officer of SPECTRA PREMIUM
                                    INDUSTRIES INC.

Dated: May ___, 2009          SPECTRA PREMIUM (USA) CORP.

                              By:   /s/ Denis Poirier
                                    Denis Poirier, as Secretary and Treasurer
                                    and duly authorized officer of SPECTRA
                                    PREMIUM (USA) CORP.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62822653.3                3           STIPULATED JUDGMENT AND [PROPOSED]
                                          ORDER - SPECTRA PREMIUM (USA) CORP.
                                          (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: May ___, 2009 | RADIATOR EXPRESS WAREHOUSE |
| | By: ___/s/ Michael Rippey_____<br>Michael Rippey, Chief Financial Executive Officer and duly authorized officer of RADIATOR EXPRESS WAREHOUSE |

Approved as to form.

| | |
|---|---|
| Dated: May __, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: ___/s/ Howard Holderness_____<br>Howard Holderness<br>Attorneys for SPECTRA PREMIUM INDUSTRIES INC. and SPECTRA PREMIUM (USA) CORP. |
| Dated: May __, 2009 | ADORNO YOSS ALVARADO & SMITH, APC |
| | By: ___/s/ Theodore E. Bacon_____<br>Theodore E. Bacon<br>Attorneys for RADIATOR EXPRESS WAREHOUSE |

## **ORDER AND JUDGMENT**

IT IS HEREBY ORDERED that judgment be entered pursuant to the terms of the above stipulated judgment between the parties, as follows:

1.  Judgment is entered against RadX and in favor of Spectra (USA) in the sum of Four Hundred and Ninety-Six Thousand Seven Hundred and Twenty Dollars and No Cents ($496,720.00) (hereafter "Judgment Amount"), plus interest from April 1, 2009, accruing at the rate of eight percent per annum (8%) to be paid on or before August 31, 2009, pursuant to the Agreement executed by the parties. In the event that Spectra (USA) does not receive the timely payment of the foregoing sum, interest will continue to accrue on any unpaid portion at the rate of eight percent per annum (8%).

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62822653.3         4         STIPULATED JUDGMENT AND [PROPOSED] ORDER - SPECTRA PREMIUM (USA) CORP. (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

2. RadX's claims and counterclaims in the Litigation shall be dismissed with prejudice in their entirety with each side to bear its own costs and attorneys' fees.

3. RadX has also executed a Security Agreement (a copy of which is attached as part of Exhibit B hereto).  Spectra (USA) shall be entitled to file with any court, agency or organization the Security Agreement or any related document as it deems appropriate to perfect the security interests granted to Spectra (USA) by the Security Agreement.  RadX shall use its best efforts if called upon to perfect for Spectra (USA) the security interests embodied in the Security Agreement.

4. Michael Rippey personally guaranties up to a total of Five Hundred Thousand Dollars ($500,000.00) to ensure payment by RadX of this judgment and the judgment in the related case.

5. The United States District Court for the Eastern District of California shall retain jurisdiction over the parties and over the subject matter herein for the purposes of enforcing this judgment.

Dated: June 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

DB1/62822653.3

5

STIPULATED JUDGMENT AND [PROPOSED] ORDER - SPECTRA PREMIUM (USA) CORP.
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com